**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Melissa D. Jennings fka Melissa D. Uss<br>　　　　　　　　　　Debtor | BK. NO. 15-22612 GLT |
| Toyota Motor Credit Corporation<br>　　　　　　　　　　Movant<br>　　v.<br>Melissa D. Jennings fka Melissa D. Uss<br>　　　　　　　　　　Respondent<br>　　　　　and<br>Charles O. Zebley, Jr. Esq., Trustee<br>　　　　　　　　　　Additional Respondent | CHAPTER 7<br><br>Related to Dkt. No. 34<br>Hearing:  January 12, 2017 at 10:00 a.m. |

**DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

　　This  10th  day of  January,  2017,  upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

　　**ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Sections 362 (d) and 1301 (if applicable) with respect to vehicle, 2013 TOYOTA RAV4 Vin: JTMRFREV1DD03737, .

　　Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest and file a certificate of Service.

Prepared by:  James Warmbrodt, Esq.

**DEFAULT ENTRY**

Dated: January 10, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gregory L. Taddonio　cgt
　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Case Administrator to serve:  James Warmbrodt, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-22612-GLT
Melissa D. Jennings                                                     Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1              Date Rcvd: Jan 10, 2017
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2017.
db            +Melissa D. Jennings,    246 South Liberty Street,    Blairsville, PA 15717-1420
tr            +Charles O. Zebley, Jr.,    P.O. Box 2124,    Uniontown, PA 15401-1724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2017                                     Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com,    PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Debtor Melissa D. Jennings robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
                                                                                             TOTAL: 6